IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIO MEDINA,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-00866 |
|     **v.** : | |
| : | (Judge Kane) |
| **C.O. SNOWBERGER, et al.,** : | |
|     **Defendants** : | |

# ORDER

**AND NOW**, on this 24th day of January 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for partial summary judgment (Doc. No. 29) is **GRANTED**;

2. Entry of judgment in favor of Defendants and against Plaintiff on all claims except Plaintiff's excessive force claim against Defendant Snowberger will be deferred until the conclusion of this case;

3. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

4. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

5. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

6. In order to reduce cost, time, expense, and inconvenience, and to suitably address institutional security concerns, counsel for the Defendant and the mediator will coordinate with officials for the Pennsylvania Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

7. The parties shall complete mediation within sixty (60) days of the date of this Order; and

8.       The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
