IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO MEDINA,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-00866 |
| v. | : | |
| | : | (Judge Kane) |
| **C.O. SNOWBERGER,** | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, on this 17th day of November 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff Mario Medina ("Plaintiff")'s motion for default judgment against Defendant Snowberger ("Defendant") (Doc. No. 65) is **GRANTED**;

2. Plaintiff's motion for an evidentiary hearing (Doc. No. 67) is **GRANTED**;

3. This case is referred to Chief United States Magistrate Judge Karoline Mehalchick for purposes of assignment to a United States Magistrate Judge;

4. This Court requests that the assigned United States Magistrate Judge conduct an evidentiary hearing on the issue of damages arising from the default judgment and issue a Report and Recommendation to this Court on the issue of damages; and

5. Entry of judgment against Snowberger will be deferred until the Court has received a Report and Recommendation from the assigned United States Magistrate Judge, resolved any objections to the Report and Recommendation, and determined whether to adopt the Report and Recommendation as the opinion of the Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania